IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GREGORY WAYNE BRISCOE | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv86 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Gregory Wayne Briscoe, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner states that in 2005 he was convicted of several criminal offenses in Tarrant County, Texas.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124, Tarrant County is in the Fort Worth Division of the United States District Court for the Northern District of Texas. The court is of the opinion that the transfer of this action to such district would further justice.

Accordingly, this case will be transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  28   day of      June      , 2011.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE